IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00379-BNB

RANDY LEE BRIDGES,

    Plaintiff,

v.

BUREAU OF PRISONS,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER TO CURE DEFICIENCIES

---

Plaintiff Randy Lee Bridges is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, High Security (USP-Florence), in Florence, Colorado. Mr. Bridges initiated this action by filing *pro se* in the United States District Court for the Middle District of Pennsylvania (Middle District of Pennsylvania) various documents and by asking the Middle District of Pennsylvania to transfer the documents here because USP-Florence personnel allegedly were preventing his attempts to seek relief in this Court.

The documents transferred here by the Middle District of Pennsylvania include a copy of the March 3, 2006, transfer order; a document titled "Emergency Assistance"; and a document titled "Emergency Temporary Restraining Order." Mr. Bridges also submitted directly to this Court three documents: a letter to the clerk of the Court filed on March 3, 2006; and two motions also filed on March 3 titled "Motion Order Requesting Education Department to Make Legal Photocopies for the Petitioner" and "Motion to Strike From the Record Motion Order Requesting Education Department to

Make Legal Photocopies for the Petitioner." On March 6, 2006, Mr. Bridges also submitted directly to this Court a motion titled "Motion Order Enforcing Warden Rios to Provide Petitioner With Legal Postage."

The Court has reviewed Mr. Bridges' documents and finds that they are deficient because Mr. Bridges has failed to file on the proper forms approved for use by prisoners in this Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. Mr. Bridges will be directed to file these documents if he wishes to be granted leave to proceed pursuant to § 1915 in this Court and if he wishes to pursue his claims in this Court in this action. Accordingly, it is

ORDERED that Mr. Bridges cure the deficiencies identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Mr. Bridges, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Bridges fails to cure the deficiencies identified in this order within the time allowed the action will be dismissed without further notice.

DATED March 8, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-00379-BNB

Randy C. Bridges
Reg. No. 16038-076
USP – Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 3/8/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk